| | | |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

### CIVIL MINUTES—GENERAL

| Case No. | CV 21-3243-DMG (PVCx) | Date | June 16, 2023 |
|---|---|---|---|
| Title | *Irina Ostrovskaya v. St. John Knits, et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS—ORDER DISMISSING ACTION**

In light of the parties' Stipulation for Dismissal filed on June 15, 2023 [Doc. # 43], the Court hereby **DISMISSES** this action with prejudice as to the claims of the named Plaintiff and without prejudice as to the putative class claim pursuant to Rule 41(a)(1)(A)(ii). All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.